FOLEY
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/13/2026

August 13, 2026

**APPLICATION GRANTED:** **The Initial Conference set for 8/17/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, October 13, 2026, at 10:00 a.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**08/13/2026**

**VIA ECF & EMAIL**
Hon. Andrew Carter, Jr., United States District Judge
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: *Pastreich v. G2 Secure Staff, LLC*, Case No. 26-cv-440

Dear Judge Carter:

We represent Defendant G2 Secure Staff, LLC ("G2") and write to respectfully request a 30-day adjournment of the Initial Case Management Conference currently scheduled for August 17, 2026. The parties have been engaging in settlement discussions and have made significant progress. Additionally, the undersigned counsel is moving to an in-house role and will be transitioning this matter to a colleague. In light of these factors, the parties have conferred and both agree to this request for an adjournment. This is the first request for an adjournment of the Initial Case Management Conference. If granted, the adjournment will not impact any other case deadlines because none have been set. Plaintiff consents to this request.

Respectfully submitted,

*/s/ John R. FitzGerald*
John R. FitzGerald (pro hac vice)
FOLEY & LARDNER LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
(414) 297-5079
jfitzgerald@foley.com

Anne B. Sekel
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
(212) 338-3417
asekel@foley.com

*Counsel for Defendant*

cc: All counsel of record