USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2026

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

August 19, 2026

**VIA ECF**

Hon. Andrew Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

8/21/2026

**Re: *Pastreich v. G2 Secure Staff, LLC*, Case No. 1:26-cv-00440-ALC – Request to Withdraw as Counsel**

Dear Judge Carter:

I write pursuant to Local Civil Rule 1.4 to request an order granting leave for me to withdraw as counsel for G2 Secure Staff, LLC ("Defendant") in the above-referenced matter.

More specifically, as stated in the attached Declaration, I am leaving Foley & Lardner LLP, with my last day on August 21, 2026. Defendant will continue to be represented in this matter by Foley & Lardner LLP, with Anne B. Sekel continuing as counsel of record. I am not asserting a retaining or charging lien against Defendant. In terms of the procedural posture of the case, an initial case management conference is scheduled for October 13, 2026 at 10:00 a.m.

Defendant will be provided with a copy of this submission. Copies of this letter and the accompanying Declaration will be served on counsel for Plaintiff via ECF.

Respectfully submitted,

*/s/ John R. FitzGerald*
John R. FitzGerald (pro hac vice)
FOLEY & LARDNER LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
(414) 297-5079
jfitzgerald@foley.com

Enclosure

cc: Counsel of Record (via ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MANNY PASTREICH, AS TRUSTEE AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND,<br><br>Plaintiff,<br><br>vs.<br><br>G2 SECURE STAFF, L.L.C.,<br><br>Defendant. | ) | Case No. 1:26-cv-00440-ALC |

**DECLARATION OF JOHN R. FITZGERALD IN SUPPORT OF LETTER MOTION TO WITHDRAW AS COUNSEL**

I, John R. FitzGerald, declare as follows:

1. I am an attorney at the law firm of Foley & Lardner LLP, one of the attorneys representing G2 Secure Staff, L.L.C. ("Defendant") in the above-captioned matter. I make this Declaration in support of my letter motion requesting an order granting leave for me to withdraw as counsel for Defendant in this matter.

2. I am leaving Foley & Lardner LLP on August 21, 2026.

3. Defendant will continue to be represented in this matter by my law firm, with Anne B. Sekel continuing as counsel of record.

4. I am not asserting a retaining or charging lien against Defendant.

5. Defendant will be provided with a copy of the letter motion referenced above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2026

Milwaukee, Wisconsin

*/s/ John R. FitzGerald*
John R. FitzGerald